UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

2005 SEP -2  A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS

MARC THOMIS, and )
CHARLES ROBERTS )
    Plaintiffs )
)
v. )
)
BRAZIL AMAZON TRADING, INC., )
BRAZIL AMAZON RESOURCES, INC, )
BRUNILDA OBUHOSKY, individually )
    Defendants )

05cv11812 WGY

**AFFIDAVIT OF RICHARD THOMAS DAVIES**

1. I, Richard Thomas Davies, am an attorney of good standing licensed to practice in the Commonwealth of Massachusetts. I was admitted to the Massachusetts Bar on 6/16/03. My BBO # is 656609.

2. I have submitted an Application for Admission to the Bar for the United States District Court for the District of Massachusetts, along with a Certificate of Good Standing, to this Honorable Court.

3. I anticipate attending the admissions ceremony for the District of Massachusetts Bar scheduled for September 22, 2005 in Boston, at which time I will pay the $200.00 admission fee.

4. I am filing the Complaint in the above-captioned matter upon the understanding that my admission to the Federal Bar is pending.

Signed under the pains and penalties of perjury this 29th day of August 2005.

_____
Richard Thomas Davies, Esq.