UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARC THOMIS, and CHARLES ROBERTS,

        Plaintiffs,

vs.

BRAZIL AMAZON TRADING, INC.,
BRAZIL AMAZON RESOURCES, INC.,
BRUNILDA OBUHOSKY, individually

        Defendants.

Case No. 05-cv-11812-WGY

### DEFENDANTS' MOTION FOR STAY AND TO COMPEL ARBITRATION

Defendants, BRAZIL AMAZON TRADING, INC., BRAZIL AMAZON RESOURCES, INC., and BRUNILDA OBUHOSKY, show that this action arises out of a contract containing a provision for arbitration; a copy of the contract containing the arbitration provision being attached. Defendants move to stay this action and compel arbitration under the contract.

**I HEREBY CERTIFY** that the foregoing has been delivered by U.S. Mail to Richard Thomas Davies, Esq., Butterall & Greene, LLC, 2048 Washington Street, Hanover, MA 02339; this 3rd day of October, 2005.

        BRUNILDA OBUHOSKY
        337 W. Citrus Street
        Altamonte Springs, FL 32714
        Telephone: (407) 862-2367
        Facsimile: (407) 788-1379
        Individually, and OBO Brazil
        Amazon Trading, Inc. and Brazil
        Amazon Resources, Inc.