AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Marc Thomis and
Charles Roberts,
Plaintiffs

V.

Brazil Amazon Trading, Inc.,
Brazil Amazon Resources, Inc.,
and Brunilda Obuhosky, individually
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CV 11812 WGY**

TO: (Name and address of Defendant)

Brunilda Obuhosky
337 West Citrus Street
Altamonte Springs FL 32714

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Thomas Davies, Esq.
Butterall & Greene, LLC
2048 Washington Street
Hanover MA 02339

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                                                DATE  9-2-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 09/17/05 |
| NAME OF SERVER (PRINT) Eduardo Walton | TITLE Certified Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
337 West Citrus Springs
Altamonte Springs, FL 32714

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/17/05
Date

Signature of Server

P.O. Box 181965
Address of Server
Casselberry, FL 32718
# M0886

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.