UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARC THOMIS, and            )
CHARLES ROBERTS             )
    Plaintiffs              )
                            )
v.                          )     CIVIL ACTION No.:
                            )     1:05-cv-11812-WGY
                            )
BRAZIL AMAZON TRADING, INC.,)
BRAZIL AMAZON RESOURCES, INC,)
BRUNILDA OBUHOSKY, individually )
    Defendants              )
                            )

### ORDER

It is hereby ORDERED that the Defendants' Motion to Stay Complaint and Compel Arbitration be Denied pursuant to Local Rules 83.5.2 and 7.1 *without prejudice to its renewal upon compliance with the Local Rules.*

By the Court,

*William G. Young*
William Young, District Court Judge

DATED: *Oct. 18, 2005*