UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV 18 P 4: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARC THOMIS and<br>CHARLES ROBERTS<br><br>Plaintiffs,<br><br>v.<br><br>BRAZIL AMAZON TRADING, INC.,<br>BRAZIL AMAZON RESOURCES, INC.,<br>AND BRUNILDA OBUHOSKY,<br>Individually<br><br>Defendants. | Civil Action No.:<br>1:05-CV-11812-WGY |

### NOTICE OF APPEARANCE
### FOR ALEXANDER FUREY, ESQ.

Please enter the appearance of Alexander Furey, Esq. as the attorney for the Defendants, Brazil Amazon Trading, Inc., Brazil Amazon Resources, Inc. and Brunilda Obuhosky, in the above-referenced case.

Respectfully submitted by,

_____
Alexander Furey, Esq., BBO#634157
Furey & Associates, LLC
28 State Street, Suite 1100
Boston, MA 02109
Tel. 617-573-5114
Fax 617-573-5115

DATED: November 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Notice of Appearance for Alexander Furey, Esq.* was served by U.S. Mail this 18th day of November, 2005 upon the following:

>Richard Thomas Davies, Esq.
>26 Turtle Cove Road
>Sandwich, Massachusetts 02537

_____
Alexander Furey, Esq.