05-11812-WGY

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that prior to filing and serving *Defendants' Renewed Motion for Stay and to Compel Arbitration*, counsel for both parties conferred and attempted in good faith to resolve and/or narrow the issues in dispute in accordance with Local Rule 7.1.(a)(2).

Date: November 22, 2005

_____
Alexander Furey, Esq.