UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **MARC THOMIS and** <br> **CHARLES ROBERTS** <br><br> Plaintiffs, <br><br> v. <br><br> **BRAZIL AMAZON TRADING, INC.,** <br> **BRAZIL AMAZON RESOURCES, INC.,** <br> **AND BRUNILDA OBUHOSKY,** <br> **Individually** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No.:** <br> **1:05-CV-11812-WGY** |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANTS BRAZIL AMAZON TRADING,**
**INC. AND BRAZIL AMAZON RESOURCES, INC.**

Pursuant to Local Rule 7.3(A), Defendants Brazil Amazon Trading, Inc. and Brazil Amazon Resources, Inc. submit the following disclosure statement:

Neither Brazil Amazon Trading, Inc. nor Brazil Amazon Resources, Inc. have any parent corporation; nor does any publicly held company own 10% or more of their stock.

Respectfully submitted;

**BRAZIL AMAZON TRADING, INC.,**
**BRAZIL AMAZON RESOURCES, INC.**
**and BRUNILDA OBUHOSKY,**

By their attorney,

/s/ Alexander Furey

_____
Alexander Furey, BBO# 634157
**FUREY & ASSOCIATES LLC**
28 State Street, Suite 1100
Boston, Massachusetts 02109
Phone (617) 573-5114

Dated: August 21, 2006

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on August 21, 2006, a true and accurate copy of the above document was electronically served by the Court upon the attorney of record for Plaintiffs.

               /s/ Alexander Furey
               _____
               Alexander Furey, Esq.