## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARC THOMIS and <br> CHARLES ROBERTS <br><br>     Plaintiffs, <br><br>     v. <br><br> BRAZIL AMAZON TRADING, INC., <br> BRAZIL AMAZON RESOURCES, INC., <br> AND BRUNILDA OBUHOSKY, <br> Individually <br><br>     Defendants. | Civil Action No.: <br> 1:05-CV-11812-WGY |

### CERTIFICATION PURSUANT TO RULE 1.02(d)(3) OF THE EXPENSE AND DELAY REDUCTION PLAN AND LOCAL RULE 16.1

I, Brunilda Obuhosky, individually and on behalf of Defendants Brazil Amazon Trading, Inc. and Brazil Amazon Resources, Inc., hereby certify that I have conferred with my counsel regarding establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pain and penalties of perjury this 1st day of September 2006.

/s/ Brunilda Obuhosky
_____
Brunilda Obuhosky, individually and on behalf
of Brazil Amazon Trading, Inc. and Brazil Amazon
Resources, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 1, 2006, a true and accurate copy of the above document was electronically served by the Court upon the attorney of record for Plaintiffs.

/s/ Alexander Furey
_____
Alexander Furey, Esq.