UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC THOMIS and ) | |
| CHARLES ROBERTS ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No.: 1:05-CV-11812-WGY |
| BRAZIL AMAZON TRADING, INC., ) | |
| BRAZIL AMAZON RESOURCES, INC., ) | |
| And BRUNILDA OBUHOSKY, Individually, ) | |
|     Defendants ) | |
| _____ ) | |

**CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)**

We, Marc Thomis and Charles Roberts, hereby certify that we have conferred with our counsel regarding establishing a budget for the costs of conducting the full course and various alternative courses of the above captioned litigation and considered the resolution of the litigation through A.D.R. programs such as those outlined in L.R. 16.4.

Signed under the pains and penalties of perjury this September 1, 2006.

                                                                  /s/ Marc Thomis
                                                                  _____
                                                                  Marc Thomis


                                                                  /s/ Charles Roberts
                                                                 _____
                                                                  Charles Roberts

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served electronically upon Alex Furey, Esq., the attorney of record for the Defendants, on September 1, 2006.

                                             /s/ Richard Thomas Davies
                                             _____
                                             Richard Thomas Davies, Esq.