UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC THOMIS and <br> CHARLES ROBERTS <br> Plaintiffs, <br> <br> v. <br> <br> BRAZIL AMAZON TRADING, INC., <br> BRAZIL AMAZON RESOURCES, INC., <br> And BRUNILDA OBUHOSKY, Individually, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 1:05-CV-11812-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFAULT JUDGMENT**

Defendants, having failed to plead or otherwise defend in this action and its default having been entered, now, upon application of Plaintiffs, and affidavits demonstrating that Defendants owe Plaintiffs the sum of Nine Hundred Thousand ($900,000.00) Dollars, that Defendants are not an infant or incompetent person or in the military service of the United States, and that Plaintiffs have incurred costs in the sum of $382.15 .

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendants the principal amount of $900,000.00, with costs in the amount of $382.15 and prejudgment interest at the rate of 12.00% from September 2, 2005 (date Complaint filed) to the present in the amount of $60,756.16 (computed from single damages) for a total judgment of $960,756.16 with interest as provided by law.

Dated: *June 5, 2007*                         *William G. Young*
                                                                          By the Court