UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 29 A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARC THOMIS and<br>CHARLES ROBERTS<br>    Plaintiffs,<br><br>v.<br><br>BRAZIL AMAZON TRADING, INC.,<br>BRAZIL AMAZON RESOURCES, INC.,<br>And BRUNILDA OBUHOSKY, Individually,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 1:05-CV-11812-WGY<br>)<br>)<br>)<br>)<br>) |

### SUBPOENA DUCES TECUM
### Pursuant to Federal Rules of Civil Procedure Rule 45

To:   KEEPER OF THE RECORDS,
      Bank of America, 3856 Falmouth Road, Marstons Mills MA 02648.

*You are hereby commanded*, in the name of the United States District Court for the District of Massachusetts, to attend and give testimony before Georgina Ridge, a notary public in and for the Commonwealth of Massachusetts holden at the law offices of William M. Yates, P.O. Box 1196, 141 Route 6A, Unit 5, Sandwich MA 02563, or before some other officer authorized by law to administer oaths within and for the county of Barnstable on **Friday, September 7, 2007, at 10.00 a.m.** and from day to day thereafter until completed. The deponent is required to bring with him or her the documents set forth on the schedule attached hereto as "Exhibit A".

Please contact Attorney Richard Thomas Davies at (508) 888-8600 upon your receipt of this subpoena. You may avoid the necessity of appearing on the above date and time if you provide all of the documents on attached Exhibit A to Attorney Davies before your scheduled appearance.

*Hereof fail not*, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated: August 17, 2007

_Georgina Ridge_
Notary Public
My Commission expires

GEORGINA J.W. RIDGE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 26, 2012

## EXHIBIT A

Any and all documents, including but not limited to ledgers, passbooks, cancelled checks, account statements, and all records of withdrawals and deposits, relating to account # 5484356281, in the name of Brunilda Obuhosky, aka Daisy Obuhosky, aka Brunilda Izuierdo Cruz, and/or Brazil Amazon Trading, Inc., and/or Brazil Amazon Resources, Inc.



**Barnstable County Sheriff's Office**

I hereby certify and return that on **August 21, 2007 at 2:00 PM** I served a true and attested copy of Subpoena Duces Tecum & Exhibit A, in hand to Barbara Wiggins, agent able to accept civil process for the within named Defendant, Bank of America (Keeper of Records), at the following address to wit: 3856 Falmouth Road, Marstons Mills, MA 02648.

Fee:   $45.00

Francis M. Welby, Deputy Sheriff
PO Box 1043, Centerville, MA 02632
(508) 362-9578