

**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 913-315-7332  Fax: 816-600-3161
E-mail: Carrie.L.Jarred@sprint.com

**Carrie Jarred**
Subpoena Specialist

2/11/2008

Clerk of the Court, Sarah Allison Thornton
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

Your Case Number:  105CV11812WGY
Sprint Case Number:  2008-008602

Dear Attorney Richard Davies ,

Please be advised that Sprint has made multiple attempts to contact you by either fax, U.S. mail, or e-mail regarding compliance with the above-referenced legal demand submitted to Sprint on  1/14/2008 10:37:00 AM .  To date, we have not received a response.  No further action regarding this request will be taken.  This case (Sprint Case Number  2008-008602 ) is considered closed.

<u>If records are still needed for this request, please contact our office immediately at 816-600-3161.  You will need to reference Sprint Case Number 2008-008602.</u>

Sincerely,


Carrie Jarred
Subpoena Compliance
Sprint Corporate Security

cc: Attorney Richard Davies
    Law Offices of William Yates
    P.O. Box 1196
    141 Route 6A, Unit 5
    Sandwich, MA  02563

1